**FILED**

June 9, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
v.                                 )
                                   )
OLIVIA K. MCCORMICK,               )
                                   )
            Defendant.             )

Case No. Mag. 06-0161-KJM

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release OLIVIA K. MCCORMICK, Case No. Mag. 06-

0161-KJM, from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

____    Release on Personal Recognizance

☒       Bail Posted in the Sum of $ **100,000**

        ☒       Unsecured Appearance Bond

        ____    Appearance Bond with 10% Deposit

        ____    Appearance Bond with Surety

        ____    Corporate Surety Bail Bond

        ____    (Other)      Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at Sacramento, CA on June 9, 2006 at 2:18 p.m.

By _____

Kimberly J. Mueller
United States Magistrate Judge