DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL E. SLATON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL E. SLATON, and <br> OLIVIA K. McCORMICK <br> Defendants. | No. 2:06-cr-0244 FCD <br><br> STIPULATION AND ORDER VACATING AND RESETTING DATES AND EXCLUDING TIME <br><br> Date:   July 17, 2006 <br> Time:  9:30 a.m. <br> Judge: Hon. Frank C. Damrell Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Anne Pings, Counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Michael E. Slaton, and Roosevelt O'Neal, Jr. Esq. , Counsel for Olivia K. McCormick, that the status conference presently scheduled for July 17, 2006, at 9:30 a.m. be vacated and the matter continued until August 21, 2006, at 9:30 a.m. for further status conference.

This continuance is sought to permit completion of review of discovery provided by the government, and further consultation with clients as to avenues of investigation and other preparation of a defense to the charges in the indictment.

1   **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be
2   excluded from the filing of this stipulation until August 21, 2006, pursuant to 18 U.S.C. §
3   3161(h)(8)(A) & (B)(iv), Local Code T-4, for preparation of counsel.
4   The court is advised that Mr. Staniels conferred with Ms. Pings and Mr. O'Neal
5   concerning this continuance. Both advised him that they are available on August 21,
6   2006, that they agreed to this continuance, and that they each authorized Mr. Staniels to
7   sign this stipulation on their behalf.
8   **IT IS SO STIPULATED.**

Dated: July 13, 2006         /S/ Anne Pings
                             ANNE PINGS
                             Assistant U.S. Attorney
                             Counsel for Plaintiff

Dated: July 13, 2006         /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             MICHAEL E. SLATON

Dated: July 13, 2006         /S/ Roosevelt O'Neal, Jr.
                             Attorney for Defendant
                             OLIVIA K. McCORMICK

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 14, 2006         /s/ Frank C. Damrell Jr.
                             Hon. Frank C. Damrell Jr.
                             United States District Judge

Stipulation & Order                    -2-