```
KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 357
Sacramento, CA  95814
(916) 498-8398


Attorney for Defendant
Olivia McCormick
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> Plaintiffs, ) <br> v. ) <br> OLIVIA MCCORMICK, ) <br> Defendant. ) <br> _____ ) | No. Cr.S. 06-0244 FCD <br><br> **STIPULATION AND ORDER** |

The defendants: Michael Slaton, by and through counsel Assistant Federal Defender Jeffrey Staniels; and Olivia McCormick, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Anne Pings, hereby stipulate and agree that the status conference currently set for Monday, October 30, 2006, be reset to Monday, December 4, 2006 at 9:30 a.m.

It is further stipulated and agreed between the parties that the period of time from Monday, October 30, 2006, and Monday, December 4, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United

1  States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).
2      On October 23, 2006, retained counsel for Olivia McCormick
3  informed the court that he would be withdrawing as counsel.  On October
4  25, 2006, the Office of the Federal Defender contacted the undersigned
5  to assume representation of Olivia McCormick.  The undersigned has
6  obtained the file from former counsel, but needs additional time to
7  review the materials and to conduct investigation.  Therefore, this is
8  an appropriate exclusion of time within the meaning of Title 18, United
9  States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

11  October 27, 2006                    */s/ Krista Hart*
                                        Attorney for Olivia McCormick

13
14  October 27, 2006                    */s/ Jeff Staniels*
                                        Attorney for Michael Slaton
                                        (Signed by Krista Hart)

16
17  October 27, 2006                    McGREGOR SCOTT
                                        United States Attorney

19                                      */s/ Anne Pings*
                                        Assistant U.S. Attorney
20                                      (Signed by Krista Hart)

22                          **O R D E R**

23  IT IS SO ORDERED.

25  DATED: October 27, 2006

                                        /s/ Frank C. Damrell Jr.
27                                      FRANK C. DAMRELL JR.
                                        United States District Judge

2