```
KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 357
Sacramento, CA  95814
(916) 498-8398


Attorney for Defendant
Olivia McCormick
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF          ) No. Cr.S. 06-0244 FCD
AMERICA,                      )
          Plaintiffs,         )
                              ) STIPULATIONN AND ORDER
     v.                       )
                              )
OLIVIA MCCORMICK, et al.,     )
          Defendant.          )
_____)
```

The defendants: Michael Slaton, by and through counsel Christopher Haydn-Myer; and Olivia McCormick, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Anne Pings, hereby stipulate and agree to vacate the current hearing date of April 16, 2007, and reset the briefing schedule as follows:

    Motions and briefs due:   April 9, 2007

    Opposition brief due:     April 30, 2007

    Reply briefs due:         May 7, 2007

    Hearing date:             May 14, 2007

This matter was set for a briefing schedule and set for a motions hearing date of April 16, 2007. During the preparation of the motions the defense learned that additional discovery was necessary to prepare

1  the motions.  The defense requested the discovery from the prosecution
2  on March 12, 2007, and on March 20, 2007, the government provided the
3  requested discovery.  The additional time is necessary to review the
4  discovery, conduct the necessary legal research and to prepare the
5  motions.
6      On February 20, 2007, the Court excluded the time from February
7  20, 2007, to September 11, 2007, in computing the time within which the
8  trial of the above criminal prosecution must commence for purposes of
9  the Speedy Trial Act.  The Court found that exclusion appropriate
10 within the meaning of Title 18, United States Code, sections
11 3161(h)(8)(B)(iv) (Local Code T4).  The Court further found that the
12 time from March 12, 2007, to April 16, 2007, should be excluded in
13 computing the time within which the trial of the above criminal
14 prosecution must commence for purposes of the Speedy Trial Act.  The
15 Court found that exclusion appropriate within the meaning of Title 18,
16 United States Code, sections 3161(h)(1)(F) (Local Code E).  Because the
17 Court has already found time excluded through September 11, 2007, it is
18 unnecessary to make a further finding of excludable time.

April 4, 2007                    */s/ Krista Hart*
                                 Attorney for Olivia McCormick


April 4, 2007                    */s/ Christopher Haydn-Myer*
                                 Attorney for Michael Slaton
                                 (Signed by Krista Hart)


April 4, 2007                    McGREGOR SCOTT
                                 United States Attorney


                                 */s/ Anne Pings*
                                 Assistant U.S. Attorney
                                 (Signed by Krista Hart)

2

**O R D E R**

**IT IS SO ORDERED.**

DATED: April 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE