1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   JILL THOMAS
3  Assistant U.S. Attorneys
   501 "I" Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2781
5
6
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA       ) CR. NO. S-06-244-FCD
12                                 )
                 Plaintiff,        )
13                                 )           **ORDER**
         v.                        )
14                                 )
   OLIVIA MCCORMICK,               )
15                                 )
                 Defendant.        )
16 _____)

17     Upon the motion made by the United States, and for the
18 reasons set forth therein,
19     **IT IS HEREBY ORDERED:**
20 The United States Probation Office shall:
21     1)   disclose and provide a copy of the "chronological
            entries" of the "supervision file" of Michael Slaton,
22          Cr. No. S-93-043 GEB, to United States Attorney'
            Office, Eastern District of California;
23
       2)   disclose and provide a copy to the United States
24          Attorney's Office, Eastern District of California, any
            records or notes of Michael Slaton and Olivia
25          McCormick's statements to Probation Officer in said
            "supervision file"; and any and all documents in said
26          "supervision file" regarding contacts of the Probation
            Officer with the offender, Michael Slaton, and contacts
27          with relevant third parties, including but not limited
            to Olivia McCormick;
28



3) disclose and provide a copy to the United States Attorney's Office, Eastern District of California, documents in said supervision file that corroborate the Probation Officer's "chronological entries";

4) to permit relevant current or former United States Probation Office personnel to testify regarding Olivia McCormick's, Michael Slaton's or the Probation Officer's statements, or to provide sworn declarations or affidavits as to those statements to either party.

Date: 8/22/07

HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT