1  McGREGOR W. SCOTT
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2781

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  ) 2:06-cr-0244-FCD
12           Plaintiff,           )
                                  ) STIPULATION AND ORDER
13                                ) VACATING TRIAL DATE, REQUESTING
                                  ) STATUS CONFERENCE AND
14      v.                        ) EXCLUDING TIME
                                  )
15 OLIVIA K. MCCORMICK,           )
                                  )
16           Defendant.           ) Hon. Frank C. Damrell, Jr.
                                  )
17
        The parties request that the trial date of
18
   September 11, 2007 in the above-referenced case be vacated and
19
   that a status conference date be set on October 1, 2007.
20
   Additionally, the parties request and stipulate that the time
21
   beginning August 28, 2007, and extending through October 1, 2007
22
   should be excluded from the calculation of time under the Speedy
23
   Trial Act.
24
        The parties proffer to the Court that new developments arose
25
   after the Trial Confirmation Hearing on August 27, 2007.  These
26
   new developments may lead to a plea agreement between the
27
   parties.  However, the parties agree that a status conference
28

                                  1

date should be set in case the parties need to set a new trial date.

Defendant McCormick and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time to work through the new developments, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, defense counsel will need additional time to review and evaluate the new information. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and local code T-4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: August 28, 2007          By:/s/ Jill Thomas
                                   JILL THOMAS
                                   Assistant U.S. Attorney

Dated: August 28, 2007          By:/s/ Krista Hart
                                   KRISTA HART
                                   Attorney for defendant
                                   Olivia McCormick

**ORDER**

The trial date of September 11, 2007 is vacated and a status conference date of October 1, 2007 at 10:00a.m. is set. The time beginning August 28, 2007, and extending through October 1, 2007, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and local code T-4.

**IT IS SO ORDERED.**

DATED: August 28, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE