1  KRISTA HART, Bar #
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916)

4

5  Attorney for Defendant
   OLIVIA MCCORMICK

6

7                  IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,      ) No. 2:06-cr-0244 FCD
                                   )
12                  Plaintiff,     )
                                   ) STIPULATION AND ORDER VACATING
13      v.                         ) DATE, CONTINUING CASE, AND
                                   ) EXCLUDING TIME
14  OLIVIA McCORMICK               )
                    Defendant.     )
15                                 )
    _____ )

16

17      **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Krista Hart,

19  Counsel for Defendant Olivia McCormick the status conference scheduled

20  for October 1, 2007,, be vacated and the matter be continued to this

21  Court's criminal calendar on October 29, 2007 at 10:00 a.m.

22      This continuance is requested by the defense for client

23  consultation regarding the proposed plea agreement.  Counsel are close

24  to reaching a final disposition and seek additional time.

25      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

26  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to section

27  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

28  ends of justice served in granting the continuance and allowing the

1  defendant further time to prepare outweigh the best interests of the

2  public and the defendant in a speedy trial.

3        **IT IS SO STIPULATED.**

4

5

6  Dated:  October 1, 2007                  /S/ Krista Hart
                                         Attorney for Defendant
7

8

9  Dated: October 1, 2007               McGregor Scott
                                      United States Attorney
10

                                       /S/ Jill Thomas
11                                     Assistant United States Attorney
                                      Attorney for Plaintiff
12

13
        **IT IS SO ORDERED.**
14
   DATED: October 1, 2007
15

16

17  _____

18  FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    2