KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Olivia McCormick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> Plaintiffs, ) <br> v. ) <br> OLIVIA MCCORMICK, ) <br> Defendant. ) <br> _____ ) | No. 2:06-cr-0244 FCD <br><br> **STIPULATION AND ORDER** |

The defendant Olivia McCormick, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Jill Thomas, hereby stipulate and agree to vacate the current status conference date of October 29, 2007, and reset the matter for December 3, 2007 at 10:00 a.m.

It is further stipulated and agreed between the parties that the period of time from October 29, 2007, through December 3, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

1   The parties in this case have been engaged in settlement
2 negotiations; all parties stipulate and agree the ends of justice would
3 best be served by resetting the status conference to December 3, 2007.

October 23, 2007                    /s/ Krista Hart
                                    Attorney for Olivia McCormick


October 23, 2007                    McGREGOR SCOTT
                                    United States Attorney

                                     /s/ Jill Thomas
                                    Assistant U.S. Attorney
                                    (Signed by Krista Hart per e-mail)

**IT IS SO ORDERED.**

DATED: October 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2