KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Olivia McCormick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　Plaintiffs,<br>　　v.<br>OLIVIA MCCORMICK,<br>　　　　Defendant.<br>_____ | ) No. 2:06-cr-0244 FCD<br>)<br>) **STIPULATIONN AND ORDER**<br>)<br>)<br>)<br>)<br>) |

The defendant Olivia McCormick, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Jill Thomas, hereby stipulate and agree to vacate the current status conference date of January 28, 2008, and reset the matter for March 10, 2008 at 10:00 a.m.

It is further stipulated and agreed between the parties that the period of time from January 28, 2008, through March 10, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

The parties in this case have been engaged in settlement

negotiations and we have reached a tentative agreement; however, we are awaiting approval from the Tax Division of the DOJ in Washington DC. All parties stipulate and agree the ends of justice would best be served by resetting the status conference to March 10, 2008.

January 24, 2008                     */s/ Krista Hart*
                                     Attorney for Olivia McCormick


January 24, 2008                     McGREGOR SCOTT
                                     United States Attorney

                                     */s/ Jill Thomas*
                                     Assistant U.S. Attorney
                                     (Signed by Krista Hart per e-mail)


**IT IS SO ORDERED.**

DATED: January 24, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2