KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Olivia McCormick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> Plaintiffs, ) <br> v. ) <br> OLIVIA MCCORMICK, ) <br> Defendant. ) <br> _____ ) | No. 2:06-cr-0244 FCD <br><br> **STIPULATION AND PROPOSED ORDER** |

The defendant Olivia McCormick, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Anne Pings, hereby stipulate and agree to vacate the current status conference date of March 10, 2008, and reset the matter for June 16, 2008 and 10:00 a.m.

It is further stipulated and agreed between the parties that the period of time from March 10, 2008, through June 16, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

The parties in this case have been engaged in settlement

1  negotiations and we have reached a tentative agreement.  Very recently
2  the government received approval from the Tax Division of the DOJ in
3  Washington DC to proceed with the misdemeanor plea agreement.  The
4  parties will place the matter before the magistrate court to resolve
5  the matter.  After the imposition of judgment and sentencing by the
6  magistrate felony case will be dismissed.  All parties stipulate and
7  agree the ends of justice would best be served by resetting the status
8  conference to June 16, 2008.

9
10  March 6, 2008                           /s/ Krista Hart
                                           Attorney for Olivia McCormick
11
12
13  March 6, 2008                           McGREGOR SCOTT
                                           United States Attorney
14
15                                          /s/ Anne Pings
                                           Assistant U.S. Attorney
16                                         (Signed by Krista Hart per e-mail)

17       **IT IS SO ORDERED.**

18  DATED: March 6, 2008
19
20
21                                         _____
                                           FRANK C. DAMRELL, JR.
22                                         UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

2