1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant United States Attorney
3  501 I Street, Suite 11-100
   Sacramento, California 95814
4  Telephone: (916) 554-2785

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,      )   Case No. CR-S-06-244-FCD
12                                )
                     Plaintiff,)
13                                )   ORDER TO DISMISS INDICTMENTS
        v.                        )   AS TO DEFENDANT OLIVIA
14                                )   McCORMICK
   OLIVIA McCORMICK,              )
15                                )
                     Defendant.)
16                                )
                                  )
17

18
        The United States hereby moves to dismiss the charges in
19
   the Indictment and Superseding Indictment pending against
20
   defendant Olivia McCormick.
21
        As part of a plea agreement to resolve the charges in this
22
   matter, the defendant entered a guilty plea to a Superseding
23
   Information charging a misdemeanor tax violation.  She was
24
   sentenced pursuant to that plea agreement by the Honorable
25
   Edmund F. Brennan on July 9, 2008.
26
        Accordingly, the government hereby moves to dismiss any
27
   remaining felony charges pending against Olivia McCormick.
28

1  //

2                               Respectfully submitted,

3                               McGREGOR W. SCOTT
                                UNITED STATES ATTORNEY
4

5                          By:  /S/ Anne Pings
                                _____
6                               ANNE PINGS
                                ASSISTANT UNITED STATES ATTORNEY
7

8
   **IT IS SO ORDERED.**
9

10 Dated: July 10, 2008
                                _____
11                              FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE
12